**Order entered June 5, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00722-CR

### MELVIN BERNARD GOODEN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 2
### Dallas County, Texas
### Trial Court Cause No. F17-70898-I

## ORDER

Before the Court is Mr. Gooden's June 3, 2019 pro se motion for a personal recognizance bond. Because he is represented by appointed counsel, we **DENY** Mr. Gooden's pro se motion. *See Miniel v. State*, 831 S.W.2d 310, 313 n.1 (Tex. Crim. App. 1992) (appellant not entitled to hybrid representation by both counsel and himself pro se).

This case will be set for submission and an opinion and judgment issued in due course.

/s/     CORY L. CARLYLE
         JUSTICE